UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VERNON LEWIS CURRY, JR.,

    Petitioner,

v.

RONALD HAYNES,

    Respondent.

CASE NO. 3:22-CV-5493-LK-DWC

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

The District Court has referred this *habeas corpus* action to United States Magistrate Judge David W. Christel. Before the Court is respondent's motion for a 29-day extension of time to file his Answer (Dkt. 22). Respondent states additional time is needed due to the size of the record and the complexity of this case, and represents that petitioner's counsel does not object to the extension. *Id*.

The Court finds good cause exists for an extension and GRANTS respondent's motion. Respondent shall file his Answer on or before **January 13, 2023**.

Dated this 19th day of December, 2022.

*/s/ David W. Christel*
David W. Christel
United States Magistrate Judge