UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VERNON LEWIS CURRY, JR.,

          Petitioner,

v.

RONALD HAYNES,

          Respondent.

CASE NO. 3:22-CV-5493-LK-DWC

ORDER GRANTING RESPONDENT'S SECOND UNOPPOSED MOTION FOR EXTENSION

The District Court has referred this *habeas corpus* action to United States Magistrate Judge David W. Christel. Before the Court is respondent's motion for a 14-day extension of time to file his Answer (Dkt. 24). Respondent's counsel states he been ill with COVID-19 and has been unable to complete his work on the Answer and exhibits. *Id*. Counsel represents that petitioner's counsel does not object to the extension. *Id*.

The Court finds good cause exists for an extension and GRANTS respondent's motion. Respondent shall file his Answer on or before **January 27, 2023**.

Dated this 17th day of January, 2023.

David W. Christel
United States Magistrate Judge

ORDER GRANTING RESPONDENT'S SECOND
UNOPPOSED MOTION FOR EXTENSION - 1